## William E. DEMAINE et al.

v.

## Louis CEDRONE et al.

### No. 79–339–Appeal.

Supreme Court of Rhode Island.

Feb. 28, 1980.

F. Monroe Allen, Providence, for plaintiffs.

Anthony M. Gallone, Providence, for defendants.

### ORDER

The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.